# United States Court of Appeals
## For the First Circuit

Nos. 14-2173
     14-2224

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff, Appellee/Cross-Appellant,

v.

JBW CAPITAL, LLC; JOHN B. WILSON,

Defendants, Appellants/Cross-Appellees.

**ERRATA SHEET**

The opinion of this Court issued on January 29, 2016, is amended as follows:

On page 2, line 13, "§§ 7 U.S.C. 6b(a)(1)" is replaced with "7 U.S.C. §§ 6b(a)(1)".

On page 5, line 19, "On" is replaced with "In".

On page 9, footnote 8, line 1 of that footnote, "beneficial interest" is inserted between "3.76%" and "in".

On page 13, footnote 11, line 3 of that footnote, "§" is inserted between "U.S.C." and "1a(11)(A)(i)".